AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:18-cr-00004-KS-MTP |
| Asa Jefferson Sanford, Jr. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                         .

Date:   11/02/2021                                       s/ Shundral H. Cole
                                                                    *Attorney's signature*

                                             Shundral H. Cole,  AUSA, MS Bar No. 103003
                                                              *Printed name and bar number*

                                                          U.S. Attorney's Office
                                                            1575 20th Avenue
                                                           Gulfport, MS 39501
                                                                    *Address*

                                                       shundral.cole@usdoj.gov
                                                               *E-mail address*

                                                              (228) 563-1560
                                                              *Telephone number*

                                                              (228) 563-1571
                                                                 *FAX number*


CERTIFICATE OF SERVICE

   I, hereby certify that I have this day electronically filed the Entry of Appearance with the Clerk of the Court using the ECF system, which sent notification to all interested parties.
   This the 2nd day of November 2021.

                                                        s/ Shundral H. Cole
                                                        Shundral H. Cole
                                                        Assistant U.S. Attorney