IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 2:18-cr-4-KS-MTP

ASA JEFFERSON SANFORD, JR.

## MOTION TO WITHDRAW

COMES NOW, Joshua Kadel, Research & Writing Specialist, on behalf of the Office of the Federal Public Defender, to respectfully request that he be allowed to withdraw as counsel of record for the defendant, Asa Jefferson Sanford, Jr. Mr. Kadel and the Office of the Federal Public Defender were appointed for the limited scope of reviewing Mr. Sanford's case to determine eligibility under the First Step Act and represent him if he was deemed eligible by our office. Our office has completed its representation of Mr. Sanford's case and request to withdraw as counsel.

WHEREFORE, we respectfully request that this motion be granted allowing the Office of the Federal Public Defender to withdraw as counsel of record.

This the 21st day of January 2022.

Respectfully submitted,

*/s/Joshua Kadel*
Joshua Kadel (MB #105825)
Research & Writing Specialist
Office of the Federal Public Defender
Southern District of Mississippi
2510 14th Street, Suite 902
Gulfport, MS 39501
Phone: (228) 865-1202
Fax:    (228) 867-1907
Email: josh_kadel@fd.org

## CERTIFICATE OF SERVICE

I, Joshua Kadel, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using ECF system, which sent notification of such filing to all attorneys of record.

This the 21st day of January 2022.

*/s/Joshua Kadel*
Research & Writing Specialist